

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE: | § | No. 08-19-00208-CR |
| | § | |
| DAVID HARRIS, | § | AN ORIGINAL PROCEEDING |
| | § | |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Angie Juarez Barill of the 346th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 22ND DAY OF NOVEMBER, 2019.

GINA M. PALAFOX, Justice

Before Palafox, J., McClure, C.J. (Senior Judge), and Barajas, C.J. (Senior Judge)
McClure, C.J. (Senior Judge), sitting by assignment
Barajas, C.J. (Senior Judge), sitting by assignment